IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. PX-25-0142 |
| | * | |
| RODERICK WATSON | * | |

\*\*\*\*\*\*

**WAIVER OF INDICTMENT**

FILED ___ ENTERED
LOGGED ___ RECEIVED
MAY 0 8 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC    DEPUTY

I, Roderick Watson, the above named defendant, who is accused of:

**Count 1: 18 U.S.C. § 201 Bribery of a Public Official**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 8th, 2025 prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Roderick Watson, Defendant

_____
Ellie Marranzini, Counsel for Defendant

Before:

_____
Paula Xinis
United States District Judge