# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. PX-25-142** |
| ) | |
| **RODERICK WATSON,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER

Having considered the Government's Consent Motion to Partially Unseal, it this 14th day of May 2025:

**ORDERED**, that the docket in this case shall be unsealed except for the following docket entries, which will remain sealed until further Order of the Court:

- o Motion to Seal Case (Docket Entry #3)
- o Order Granting Motion to Seal (Docket Entry #5)
- o Transcript of Initial Appearance and Arraignment (Docket Entry #8)
- o Financial Affidavit (Docket Entry #9)
- o Sealed Plea Supplement (Docket Entry #15)
- o Order to Seal Case (Docket Entry #17)

/S/
_____
Honorable Paula Xinis
United States District Judge